IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: )
DAN WINSTON DAVIS, ) CASE NO. 14-33194
    **DEBTOR(S).** )

## WITHDRAWAL OF DOCUMENT
### Docket Entry 40

COME NOW THE DEBTOR(S), by and through counsel in the above styled cause, and offer this Withdrawal of Document, or Withdrawal of Docket Entry 40.

        Respectfully submitted,

        /s/ Gary A. C. Backus
        Gary A. C. Backus

OF COUNSEL:
BACKUS LAW GROUP
Post Office Box 1804
Montgomery, Alabama 36102-1804
(334) 265-0800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following by either electronic notice or first class mail, postage prepaid and properly addressed, this 17TH day of April, 2019.

Honorable Sabrina McKinney
Chapter 13 Trustee
VIA CM/ECF

        /s/ Gary A. C. Backus
        Of counsel